OPINION — AG — ** DEPOSITS — COUNTY TREASURERS ** THE DESIGNATION OF A BANK AS A COUNTY DEPOSITORY BY THE BOARD OF COUNTY COMMISSIONERS UNDER THE PROVISIONS OF 19 O.S. 111 [19-111] WOULD (SO LONG AS SAID BANK IS LEGALLY QUALIFIED TO BE SUCH A DEPOSITORY) CONTINUE TO BE EFFECTUAL UNTIL SUCH DESIGNATION IS WITHDRAWN BY THE SAID BOARD. (FUNDS, DEPOSITORIES, SURETIES, BOND, TIME INTERVALS, ADMINISTRATIVE PRACTICES) CITE: 19 O.S. 111 [19-111] (RICHARD M. HUFF)